IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ADAM M. JOSEPH, #20574-045                                   PETITIONER

vs.                          CIVIL ACTION NO.  5:11-cv-133-DCB-MTP

BRUCE PEARSON, Warden                                        RESPONDENT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge **(docket entry 11)**, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker **(docket entry 11)** is hereby, adopted as the finding of this Court, and the Petitioner Adam M. Joseph's Petition **(docket entry 1)** for a Writ of Habeas Corpus is dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure, dismissing this action with prejudice.

SO ORDERED, this the  18th   day of June, 2013.


                                        s/David Bramlette
                                        UNITED STATES DISTRICT JUDGE